UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| YOONA HA,<br> Plaintiff,<br><br>v.<br><br>NORTHWESTERN UNIVERSITY,<br> Defendant. | No. 14 C 00895<br>Judge Harry D. Leinenweber<br>Magistrate Judge Daniel G. Martin |

**DEFENDANT NORTHWESTERN UNIVERSITY'S MOTION
FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c)**

Defendant Northwestern University respectfully requests that the Court dismiss Plaintiff Yoona Ha's First Amended Complaint in its entirety pursuant to Federal Rule of Civil Procedure 12(c). Plaintiff's First Amended Complaint contains one count, in which she seeks to allege claims for both discrimination and retaliation pursuant to Title IX of the Education Amendments of 1972. This Court should dismiss the harassment claim because Plaintiff's own allegations establish that Northwestern University took appropriate action in response to her internal complaint of sexual harassment and therefore did not act with the "deliberate indifference" required under Title IX. Plaintiff's retaliation claim should also be dismissed because Plaintiff has failed to allege that Northwestern University took any retaliatory adverse action against her.

In support of its Motion, Northwestern University submits the accompanying Memorandum of Law.

        Respectfully submitted,

        ____s/Scott L. Warner_____
        An Attorney for Defendant
        NORTHWESTERN UNIVERSITY

Ellen M. Babbitt
Scott L. Warner (No. 06231380)
Ellen F. Wetmore
Franczek Radelet P.C.
300 South Wacker Drive, Suite 3400
Chicago, Illinois 60606
(312) 986-0300

**CERTIFICATE OF SERVICE**

  I hereby certify that, on June 19, 2014, I electronically filed the foregoing DEFENDANT NORTHWESTERN UNIVERSITY'S MOTION FOR JUDGMENT ON THE PLEADINGS PURSUANT TO RULE 12(c) with the Clerk of the Court using the CM/ECF system to the following:

    Kevin F. O'Connor
    O'Connor | O'Connor
    1920 S. Highland Ave. Ste 203
    Lombard, IL 60148
    kevin@oconnor-oconnor.com

        s/Ellen F. Wetmore - #6304273
        efw@franczek.com

        FRANCZEK RADELET P.C.
        300 South Wacker Drive
        Suite 3400
        Chicago, IL 60606
        312.986.0300